LAWRENCE G. BROWN
Acting United States Attorney
JASON EHRLINSPIEL
LYNN TRINKA ERNCE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOREST SERVICE; and U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | Case No. 2:09-cv-00472 MCE-EFB<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>[Local Rule 6-144(a)] |

The parties hereby stipulate and agree that the defendants shall have an extension of 60 days in which to file their responses to the plaintiff's complaint. Defendants' responses shall be filed on or before August 3, 2009.

DATED: May 13, 2009	CULBRETH SCHROEDER LLP


By: /s/ Juliette V. Smith
JULIETTE V. SMITH
Attorneys for Plaintiff


DATED: May 13, 2009	LAWRENCE G. BROWN
Acting United States Attorney


By: /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.


Dated: May 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE