UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PRESCOTT and PHYLLIS SOLOMON, | No. 2:09-cv-00462-MCE-EFB |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| U.S. FOREST SERVICE and U.S. DEPARTMENT OF AGRICULTURE, | |
| Defendants. | |
| CALIFORNIA CAPITAL INSURANCE COMPANY, | No. 2:09-cv-00472-MCE-EFB |
| Plaintiff, | |
| v. | |
| U.S. FOREST SERVICE and U.S. DEPARTMENT OF AGRICULTURE, | |
| Defendants. | |
| PACIFIC BELL TELEPHONE COMPANY, | No. 2:09-cv-00769-MCE-DAD |
| Plaintiff, | |
| v. | |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | |
| Defendant. | |

1

| | | |
|---|---|---|
| 1 | PATRICIA J. THIESSEN, | No. 2:09-cv-00789-JAM-CMK |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| 6 | Defendants._____/ | |

The Court has received the Notices of Related Case filed on May 22, 2009 and June 3, 2009.

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

///

///

1    IT IS THEREFORE ORDERED that the actions denominated 2:09-cv-00769-MCE-DAD, <u>Pacific Bell Telephone Company v. United States Forest Service</u>, and 2:09-cv-00789-JAM-CMK, <u>Patricia J. Thiessen v. United States Department of Agriculture, et al.</u> are reassigned to District Judge Morrison C. England, Jr. and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in these reassigned cases only are hereby VACATED. The Clerk of the Court is to issue an Order Requiring Joint Status Report.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:09-cv-00769-MCE-EFB and 2:09-cv-00789-MCE-EFB.

   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

   IT IS SO ORDERED.

Dated: June 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE