IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA CAPITAL INSURANCE COMPANY,

    Plaintiff,

vs.

U.S FOREST SERVICE, et al.

    Defendant.

No. 2:09-cv-00472 MCE KJN

ORDER

The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455(b)(3). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case back to the Honorable Edmund F. Brennan, United States Magistrate Judge, for any further proceedings which may be appropriate or required.

DATED: February 16, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1